IRVING L. ERNST et al., as Trustees in Bankruptcy of JOSIAH M. FISKE et al., Individually and Composing the Firm of J. M. FISKE & Co. and of the Firm of J. M. FISKE & Co., Respondents, *v.* JUSTUS G. DETTMER, Appellant.

*Ernst* v. *Dettmer*, 148 App. Div. 251, affirmed.
(Argued May 9, 1913; decided June 3, 1913.)

APPEAL from a judgment entered January 9, 1912, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiffs upon the verdict directed by the trial court in an action to recover on a promissory note and for money loaned.

*Howard Humiston* for appellant.

*Daniel P. Hays* and *Beno B. Gattell* for respondents.

Judgment affirmed with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.